UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 08-20190-CR-MARTINEZ/BROWN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

THOMAS JOHNSON,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Defendant's Motion to Suppress Physical Evidence **(D.E.#20)**, filed on May 23, 2008.

**THE MATTER** was referred to United States Magistrate Judge Stephen T. Brown, and accordingly, the Magistrate Judge conducted an evidentiary hearing on June 12, 2008. A Report and Recommendation was filed on June 16, 2008, recommending that defendant's Motion to Suppress Physical Evidence be **Denied.**

The parties were afforded the opportunity to serve and file written objections, if any, within ten (10) days upon receipt of the Magistrate's Report and Recommendation, and record reveals that no objections were filed by the Defendant. After a *de novo* review of the record and Magistrate Brown's well-reasoned Report and Recommendation, it is hereby:

**ORDERED AND ADJUDGED** that United States Magistrate Judge Stephen T. Brown's Report and Recommendation of June 16, 2008 is hereby **Adopted and Approved** in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24 day of June, 2008.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
U.S. Magistrate Judge Brown
All Counsel Of Record